UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| IN RE PUBLICATION PAPER ANTITRUST LITIGATION | MASTER FILE NO.: 3:04-md-1631 (SRU) |
| THIS DOCUMENT RELATES TO: | |
| THREE Z PRINTING COMPANY, and NIES ARTCRAFT COMPANIES INC., | CIVIL ACTION NO.: 3:05cv0463(SRU) |
| Plaintiffs, | |
| vs. | |
| INTERNATIONAL PAPER CO., et al. | JULY 18, 2005 |
| Defendants. | |

## NOTICE OF VOLUNTARY DISMISSAL

PLEASE TAKE NOTICE THAT pursuant to Rule 41(a) of the Federal Rules of Civil Procedure, plaintiffs hereby voluntarily dismiss Metsäliitto Cooperative and the Metsäliitto Group from the above action without prejudice and with each party to bear its own costs.

THE PLAINTIFFS

By: _____
David A. Slossberg  ct13116
**HURWITZ SAGARIN & SLOSSBERG LLC**
147 North Broad Street
Milford, CT 06460
Telephone: (203) 877-8000
Facsimile: (203) 878-9800

*Of counsel*

Mary Jane Fait
Wolf Haldenstein Adler Freeman & Herz, LLC
55 West Monroe Street, Suite 1111
Chicago, Illinois 60603
Telephone: (312) 984-0000
Facsimile: (312) 984-0001

## CERTIFICATE OF SERVICE

This will certify that a copy of the foregoing was served upon the following defendants' counsel and Co-Chairs and Members of the Plaintiffs' Executive Committee and on Plaintiffs' Liaison Counsel by e-mail and regular mail on July 18, 2005:

Robert M. Langer, Esq.
Wiggin & Dana
One Cityplace
185 Asylum Street
Hartford, CT 06103
rlanger@wiggin.com
*Counsel for International Paper Co.*

Susan E. Wachsstock, Esq.
Wiggin & Dana
400 Atlantic St., 7th Floor
P.O. Box 110325
Stamford, CT 06911-0325
swachsstock@wiggin.com
*Counsel for International Paper Co.*

Joshua Lipton, Esq.
James R. Loftis, III, Esq.
Daniel W. Nelson, Esq.
Gibson, Dunn & Crutcher-DC
1050 Connecticut Avenue, N.W.
Washington, DC 20036-5303
jlipton@gibsondunn.com
jloftis@gibsondunn.com
dnelson@gibsondunn.com
*Counsel for International Paper Co.*

Madeleine F. Grossman, Esq.
Andrew B. Nevas, Esq.
Frank J. Silvestri, Jr., Esq.
Levett Rockwood, PC
33 Riverside Avenue
P.O. Box 5116
Westport, CT 06881
litigation@levettrockwood.com
anevas@levettrockwood.com
fsilvestri@levettrockwood.com
*Counsel for Meadwestvaco Corp.*

Joseph A. Ostoyich, Esq.
Vanessa H. Forsythe, Esq.
Lisa C. Sullivan, Esq.
Alan M. Wiseman, Esq.
Howrey, Simon, Arnold & White, DC
1299 Pennsylvania Avenue, N.W.
Washington, DC 20004-2402
ostoyichj@howrey.com
forsythev@howrey.com
sullivanl@howrey.com
wisemana@howrey.com
*Counsel for Meadwestvaco Corp.*

Marc D. Ashley, Esq.
Shearman & Sterling-NYC
599 Lexington Avenue
New York, NY 10022
Marc.ashley@shearman.com
*Counsel for Norske Skog Industrier ASA, Norske Skog USA, Inc. and Norske Skog USA Holdings, Inc.*

Dan E. LaBelle, Esq.
Halloran & Sage
315 Post Rd. West
Westport, CT 06880
labelle@halloran-sage.com
*Counsel for Norske Skog Industrier ASA, Norske Skog North America, LLC, Norske Skog USA, Inc. and Norske Skog USA Holdings, Inc.*

Hugh F. Bangasser, Esq.
Preston Gates & Ellis-WA
925 Fourth Avenue, Suite 2900
Seattle, WA 98104-1158
hughb@prestongates.com
*Counsel for Norske Skog North America, LLC*

Theresa L. Keyes, Esq.
Preston Gates & Ellis-Spokane
W. 601 Riverside
Suite 1400
Spokane, WA 99201
theresak@prestongates.com
*Counsel for Norske Skog North America, LLC*

Kenneth M. Kramer, Esq.
Jerome S. Fortinsky, Esq.
Paul Lekas, Esq.
Kenneth S. Prince, Esq.
Shearman & Sterling
599 Lexington Avenue.
New York, NY 10022
kkramer@shearman.com
jfortinsky@shearman.com
paul.lekas@shearman.com
kprince@shearman.com
*Counsel for Norske Skog (USA), Inc., Norske Skog (USA) Holdings, Inc. and Norske Skog Canada USA, Inc.*

Steven D. Ecker, Esq.
Cowdery, Ecker & Murphy
750 Main Street
Hartford, CT 06103
ecker@cemlaw.com
*Counsel for Norske Skog Canada Limited and Norske Skog Canada (USA) Inc.*

Jesse W. Markham, Esq.
Stuart C. Plunkett, Esq.
Diane E. Pritchard, Esq.
Morrison & Foerster, LLP
424 Market Street
San Francisco, CA 94105
jmarkham@mofo.com
splunkett@mofo.com
dpritchard@mofo.com
*Counsel for Norske Skog Canada (USA) Inc.*

Saralisa C. Brau, Esq.
McDermott, Will & Emery, LLP
50 Rockefeller Plaza
New York, NY 10020-1605
sbrau@mwe.com
*Counsel for Stora Enso Oyj and Stora Enso NA Corp.*

Nicholas R. Koberstein, Esq.
McDermott, Will & Emery, LLP
600 13th Street, N.W.
Washington, DC 20005-3096
nkoberstein@mwe.com
*Counsel for Stora Enso Oyj and Stora Enso NA Corp.*

David Marx, Jr., Esq.
McDermott, Will & Emery
227 West Monroe Street
Suite 4400
Chicago, IL 60606-5096
dmarx@mwe.com
*Counsel for Stora Enso Oyj*

Adam J. Cohen, Esq.
James T. Shearin, Esq.
Pullman & Comley
850 Main Street
P.O. Box 7006
Bridgeport, CT 06601-7006
ajcohen@pullcom.com
jshearin@pullcom.com
*Counsel for Stora Enso Oyj and Stora Enso NA Corp.*

Lee D. Hoffman, Esq.
Katherine A. Scanlon, Esq.
Diane Woodfield Whitney, Esq.
Pullman & Comley
90 State House Square
Hartford, CT 06103-3702
lhoffman@pullcom.com
kscanlon@pullcom.com
dwhitney@pullcom.com
*Counsel for Stora Enso Oyj and Stora Enso NA Corp.*

Shelley R. Sadin, Esq.
Zeldes Needle & Cooper
1000 Lafayette Blvd.
P.O. Box 1740
Bridgeport, CT 06601-1740
ssadin@znclaw.com
*Counsel for Stora Enso NA Corp*

Jonathan S. Katz, Esq.
Jacobs, Grudberg, Belt Dow & Katz, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606
jkatz@jacobslaw.com
*Counsel for Sappi Ltd.*

David L. Belt, Esq.
Jacobs, Grudberg, Belt Dow & Katz, P.C.
350 Orange Street
P.O. Box 606
New Haven, CT 06503-0606
dbelt@jacobslaw.com
*Counsel for SD Warren Co.*

Mark R. Merley, Esq.
Julie B. Rottenberg, Esq.
Christopher J. Flack, Esq.
June Im, Esq.
Arnold Porter, LLP
555 Twelfth Street, NW
Washington, DC 20004
mark_merley@aporter.com
julie_rottenberg@aporter.com
christopher_flack@aporter.com
june_im@aporter.com
*Counsel for SD Warren Co.*

Helena Almeida, Esq.
Mark G. Cunha, Esq.
Edward D. Hassi, Esq.
Simpson Thacher & Bartlett, LLP
425 Lexington Avenue
New York, NY 10017
halmeida@stblaw.com
mcunha@stblaw.com
ehassi@stblaw.com
*Counsel for M-Real USA Corp.*

James R. Fogarty, Esq.
Fogarty, Cohen Selby & Nemiroff
88 Field Point Road
P.O. Box 2508
Greenwich, CT 06836-2508
jfogarty@fcsn.com
*Counsel for M-Real USA Corp.*

Joseph E. Hopkins, Esq.
Latham and Watkins
One Newark Center
16th Floor
Newark, NJ 07102
Joseph.hopkins@lw.com
*Counsel for Madison International Sales Co.*

Kenneth W. Ritt, Esq.
Jonathan B. Tropp, Esq.
Day Berry & Howard
One Canterbury Green
Stamford, CT 06901-2047
kwritt@dbh.com
*Counsel for Madison International Sales Co. and Myllykoski Corp.*

Michael George Caldwell, Esq.
Timothy P. Jensen, Esq.
S. Peter Sachner, Esq.
Tyler Cooper & Alcorn
205 Church Street
P.O. Box 1936
New Haven, CT 06509-1910
mcaldwell@tylercooper.com
Jensen@tylercooper.com
sachner@tylercooper.com
*Counsel for UPM-Kymmene Corp. and UPM Kymmene, Inc.*

Edwin L. Fountain, Esq.
John M. Majoras, Esq.
Jones Day
51 Louisiana Avenue. NW
Washington, DC 20001-2113
elfountain@jonesday.com
jmmajoras@jonesday.com
*Counsel for UPM-Kymmene Corp. and UPM Kymmene, Inc.*

Melissa J. Nandi, Esq.
Jones Day
North Point
901 Lakeside Avenue
Cleveland, OH 44114
mjnandi@jonesday.com
*Counsel for UPM-Kymmene Corp. and UPM Kymmene, Inc.*

Brian J. Murray, Esq.
Jones Day
77 West Wacker Drive
Chicago, IL 60601-1692
bjmurray@jonesday.com
*Counsel for UPM-Kymmene, Inc.*
*Co-Chairs, Members of the Plaintiffs' Executive Committee and Plaintiffs' Liason Counsel:*

Michael P. Lehmann, Esq.
Thomas P. Dove, Esq.
The Furth Firm, LLP
225 Bush Street, 15th Floor
San Francisco, CA 94104
Michael@furth.com

Michael Hausfeld, Esq.
Andrea L. Hertzfeld, Esq.
Cohen, Milstein, Hausfeld & Toll, PLLC
1100 New York Avenue, NW, Suite 500
Washington, DC 20005-3964
mhausfeld@cmht.com
ahertzfeld@cmht.com

Gerald J. Rodos, Esq.
Barrack, Rodos & Bacine
3300 Two Commerce Sq.
2001 Market Street
Philadelphia, PA 19103
grodos@barrack.com

Samuel D. Heins, Esq.
Heins, Mills & Olson PLC
3550 IDS Center
80 South Eighth Street
Minneapolis, MN 55402
sheins@heinsmills.com

Robert N. Kaplan, Esq.
Kaplan Fox & Kilsheimer, LLP
805 Third Avenue, 22nd Floor
New York, NY 10022
rkaplan@kaplanfox.com

Gary L. Specks, Esq.
Kaplan Fox & Kilsheimer LLP
203 North LaSalle Street, Suite 2100
Chicago, IL 60601
gspecks@kaplanfox.com

Steven J. Greenfogel, Esq.
Robert A. Skimick, Esq.
Meredith Cohen Greenfogel & Skimick, P.C.
117 S. 17th Street, Suite 1103
Philadelphia, PA 19103
sgreenfogel@mcgslaw.com

David R. Schaefer, Esq.
Brenner Saltzman & Wallman, LLP
P.O. Box 1746
271 Whitney Avenue
New Haven, CT 06507-1746
dschaefer@bswlaw.com

_____
David A. Slossberg